**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| REALI HOLDING COMPANY, INC., d/b/a AMATO'S, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Docket no. 2:15-cv-156-GZS |
| v. ) ) | |
| MAC'S CONVENIENCE STORES LLC, d/b/a CIRCLE K, ) ) ) | |
| Defendant. | |

**REPORT OF CONFERENCE AND ORDER**

Held in Portland by telephone on September 29, 2015, at 11:00 a.m.

Appearances: For Plaintiff:     Timothy Bryant, Esq.
            For Defendant:   Joanne Simonelli, Esq. and Peter Bennett, Esq.

A conference was held by telephone on Defendant's Motion for Protection from a Consolidated Preliminary and Permanent Injunction Hearing (ECF # 38) and the hearing scheduled for November 2, 2015 and November 3, 2015. For the reasons stated on the record, Defendant's Motion for Protection from a Consolidated Preliminary and Permanent Injunction Hearing is DENIED.

Consistent with Magistrate Judge Rich's Report of Hearing and Order Re: Status (ECF # 51), the parties shall file their pre-hearing memos, including a consolidated exhibit list using the form available on the court's website and a separate comprehensive witness list briefly describing each witness's expected testimony and the anticipated time for direct examination, no later than 12:00 PM on October 28, 2015. As discussed at the conference, Plaintiff's pre-hearing memo shall include a detailed description of any and all relief that Plaintiff intends to request at the hearing.

2

Defendant's pre-hearing memo shall include a detailed description of any and all defenses that Defendant intends to present at the hearing. Further, the parties shall include in their pre-hearing memos their agreement on the division of time for the hearing. If the parties are unable to agree, then the Court shall determine the division of time at the hearing.

    SO ORDERED.

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 30th day of September, 2015.